THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BROUGHTON, Appellant. Memorandum: The petition alleges facts which, if established, justify relief by way of *coram nobis.* (See *People v. Picciotti,* 4 N Y 2d 340.) (Appeal from order of Erie County Court denying,

without a hearing, motion to vacate a judgment of conviction for robbery third degree rendered February 17, 1964.) Present — Williams, P. J., Henry, Del Vecchio and Marsh, JJ.